## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KELLY BOWLIN, on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>NANCY MONTANEZ, as the Director of the Nebraska Department of Health and Human Services,<br><br>　　　　Defendant. | CASE NO. 4:04CV3218<br><br><br>**JUDGMENT**<br>**(CLASS ACTION)** |

In accordance with the Memorandum and Order granting Plaintiffs' Motion for Summary Judgment dated April 5, 2005 (Filing No. 63), this Court:

1.　Declares that the Defendant's refusal to provide Transitional Medical Assistance to the Plaintiffs violates 42 U.S.C. 1396r-6(a)(1).

2.　Orders the Defendant to immediately provide Transitional Medical Assistance to the Plaintiffs pursuant to 42 U.S.C. 1396r-6(a)(1).

3.　Orders the Defendant to notify each class member of their right to receive Transitional Medical Assistance without filing a new application and of the circumstances under which that assistance may be terminated.

4.　Permanently enjoins the Defendant from discontinuing Medicaid benefits in violation of this order;

5.　Orders counsel for the Plaintiffs to file their application for costs and reasonable attorneys' fees as provided for by 42 U.S.C. § 1988 by April 27, 2005.

Dated this 18th day of April, 2005.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　Laurie Smith Camp
　　　　　　　　　　　　　　　　United State District Judge